IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZACORIUS GLANTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Act. No. 1:19-cv-327-ECM |
| ) | (wo) |
| WAYNE FARMS, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The Plaintiff has reported to the Court that a settlement has been reached in this matter. (Doc. 44). Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order.

Costs are taxed as paid.

DONE this 2nd day of June, 2021.

                                          /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE